| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Rovner, Ilana D. | 2. Court or Organization<br><br>7th Circuit Court of Appeals | 3. Date of Report<br><br>08/04/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>United States Court of Appeals<br>219 S. Dearborn Street<br>Chicago, IL 60604 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Emertius, Board of Trustees | Illinois Institute of Technology |
| 2. | Member, Board of Overseers | IIT-Chicago Kent College of Law |
| 3. | Member, Board of Directors | Rehabilitation Institue of Chicago |
| 4. | Trustee | Trust |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | ▬▬▬▬▬▬ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/04/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Industrial Development Bank of Israel, Ltd. - Israel Bonds | | None | K | T | | | | | |
| 2. IRA Acct #5 | C | Distribution | L | T | | | | | |
| 3. | A | Int./Div. | | | | | | | |
| 4. -Fidelity Government Cash Reserves (Name Change) | | | | | | | | | |
| 5. -Fidelity Government Income | | | | | | | | | |
| 6. -Fidelity Government Money Mkt | | | | | | | | | |
| 7. -Fidelity GNMA Fund (Name Change) | | | | | | | | | |
| 8. -Fidelity Canada | | | | | | | | | |
| 9. Trust #1 - Account No. 2 | D | Dividend | P1 | T | | | | | |
| 10. -Sch AMT TF Money Market Fd (SWFXX) | | | | | | | | | |
| 11. -Sch AMT Tax-Free Money Mt fd (SWWXX) | | | | | | | | | |
| 12. -Archer-Daniels-Midland Co. | | | | | Sold | 11/16/15 | J | | |
| 13. -Intel Corp CS | | | | | | | | | |
| 14. -Marriott Intl Inc. Cl A CS | | | | | Sold (part) | 03/02/15 | L | F | |
| 15. -Medtronic, Inc | | | | | Sold (part) | 01/27/15 | K | D | |
| 16. -Wynn Resorts | | | | | Sold | 11/16/15 | J | | |
| 17. -Buckeye Partners LP | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Citigroup Inc | | | | | | | | | |
| 19. -Wells Fargo & Co. 8.00% Pfd | | | | | | | | | |
| 20. -T Rowe Price Tax Free Short Term Interm | | | | | | | | | |
| 21. -Vanguard GNMA Fund | | | | | | | | | |
| 22. -Wells Fargo Advantage S/T Muni Bd Inv | | | | | | | | | |
| 23. -Teradata Corp | | | | | | | | | |
| 24. -NCR | | | | | | | | | |
| 25. -Travelers Companies Inc | | | | | | | | | |
| 26. -Marriott Vacations | | | | | | | | | |
| 27. -Boeing Co | | | | | | | | | |
| 28. -Ford Motor Company | | | | | | | | | |
| 29. -T J X COS, Inc. | | | | | | | | | |
| 30. - Toronto Dominion Bank | | | | | Sold | 11/16/15 | J | | |
| 31. IRA Acct #8 | E | Int./Div. | O | T | | | | | |
| 32. | E | Distribution | | | | | | | |
| 33. -Schwab Bank | | | | | | | | | |
| 34. -Vanguard Energy Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard GNMA Fund | | | | | | | | | |
| 36. -Vanguard Short Term Invesmt Grade Fd | | | | | | | | | |
| 37. -TRowe Price New Era Fd | | | | | | | | | |
| 38. -Sequoia Fund | | | | | | | | | |
| 39. -Cerner | | | | | | | | | |
| 40. -Citigroup Inc | | | | | | | | | |
| 41. -Devon Energy Corp | | | | | | | | | |
| 42. -Dominion Res Inc va | | | | | | | | | |
| 43. -Kinder Morgan Inc. (Formerly Kinder Morgan Mgmt LLC) | | | | | Sold (part) | 11/16/15 | J | B | |
| 44. -Pimco Corp Income Fund | | | | | | | | | |
| 45. -Verizon Communications | | | | | | | | | |
| 46. -Allergan PLC (formerly Actavis PLC) | | | | | | | | | |
| 47. -Harbor Bond Fund Inst Cl | | | | | | | | | |
| 48. -TCW Total Return Bond | | | | | | | | | |
| 49. -Thompson Bond Fund | | | | | | | | | |
| 50. -Vanguard Short Term Bond | | | | | | | | | |
| 51. -Annaly Capital Mgmt | | | | | Sold (part) | 11/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Government Ppty Income Tr | | | | | Sold (part) | 11/16/15 | J | | |
| 53. -Ishares Iboxx Investment Grade Bond ETF | | | | | | | | | |
| 54. -Spdr Gold Trust | | | | | | | | | |
| 55. -Blackrock Enhcd Cap & Income | | | | | | | | | |
| 56. -Visa Inc Cl A | | | | | | | | | |
| 57. -Guggenheim Enhanced Eqty Income Fund | | | | | | | | | |
| 58. -RMR Group, Inc (X) | | | | | Spinoff (from line 52) | 12/15/15 | J | | |
| 59. Trust #4 | E | Dividend | O | T | | | | | |
| 60. -Fidelity Municipal Money Market (FTEXX) | | | | | | | | | |
| 61. -AT&T Inc Com | | | | | | | | | |
| 62. -Alcoa Inc | | | | | Sold | 06/11/15 | J | A | |
| 63. -Anadarko Pete Corp | | | | | | | | | |
| 64. -Apple Inc | | | | | | | | | |
| 65. -Brocade Communications Sys | | | | | | | | | |
| 66. -Enbridge Energy Partners LP | | | | | | | | | |
| 67. -Govt Pptys Income Tr Com Shs | | | | | Sold | 06/11/15 | K | | |
| 68. -Ishares Inc MSCI Canada Index Fd | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -ITC Hldgs Corp | | | | | | | | | |
| 70. -Pimco Mun Income Fd II | | | | | | | | | |
| 71. -Range Resources Corp | | | | | Sold | 12/07/15 | J | | |
| 72. -SPDR Ser Tr Morgan Stanley Tech | | | | | | | | | |
| 73. -Tata Motors Limited Adr Ea Rep | | | | | | | | | |
| 74. -Fidelity Canada (FICDX) | | | | | Sold | 12/07/15 | K | | |
| 75. -American Century Inter Term Tax Free Bond (TWTIX) | | | | | | | | | |
| 76. -Baird Intermediate Muni Bond Invs Cl (BMBSX) | | | | | | | | | |
| 77. -BMO Intermediate Tax Free | | | | | | | | | |
| 78. -Pimco Total Return Class D (PTTDX) | | | | | | | | | |
| 79. -T Rowe Price Tax Free Short Inter (PRFSX) | | | | | Sold (part) | 06/11/15 | K | A | |
| 80. -Thornburg Ltd Term-Municipal Fund Cl A (LTMFX) | | | | | Sold | 06/11/15 | J | A | |
| 81. -Thornburg Strategic Munipal Income C (TSSCX) | | | | | | | | | |
| 82. -Vanguard GNMA Investor Cl (VFIIX) | | | | | | | | | |
| 83. -Wells Fargo Ultra Shrt Tm Muni Inc-Adv (SMUAX) | | | | | Sold | 06/11/15 | K | A | |
| 84. -Wells Fargo Short Term Muni Bd-Invest (STSMX) | | | | | | | | | |
| 85. College Fund 529 #1 | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Capital World Growth & Income Fund Class 529A | | | | | Buy (add'l) | 12/15/15 | J | | |
| 87. -Fundamental Investors Class 529A | | | | | Buy (add'l) | 12/15/15 | J | | |
| 88. -Growth Fund of America Class 529A | | | | | Buy (add'l) | 12/15/15 | J | | |
| 89. -New World Fund Class 529A | | | | | Buy (add'l) | 12/15/15 | J | | |
| 90. -Washington Mutual Investors Fund Class 529A | | | | | Buy (add'l) | 12/15/15 | J | | |
| 91. College Fund 529 #2 | D | Int./Div. | M | T | | | | | |
| 92. -Capital World Growth & Income Fund Class 529A | | | | | Buy (add'l) | 12/15/15 | J | | |
| 93. -Fundamental Investors Class 529A | | | | | Buy (add'l) | 12/15/15 | J | | |
| 94. -Growth Fund of America Class 529A | | | | | Buy (add'l) | 12/15/15 | J | | |
| 95. -New World Fund Class 529A | | | | | Buy (add'l) | 12/15/15 | J | | |
| 96. -Washington Mutual Investors Fund Class 529A | | | | | Buy (add'l) | 12/15/15 | J | | |
| 97. Trust #5 | E | Int./Div. | O | T | | | | | |
| 98. -UBS Bank USA Dep Acct | | | | | | | | | |
| 99. -American Funds International Growth and Income Class A | | | | | Buy | 12/10/15 | J | | |
| 100. -American Funds New World Fund Cl A | | | | | Sold | 12/10/15 | J | | |
| 101. -American Funds Amcap Fund Cl A | | | | | | | | | |
| 102. -American Funds Fundamental Investors Fund Cl A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -American Funds Growth Fund of America Class A | | | | | | | | | |
| 104. -American Funds Washington Mutual Investors Fund Cl A | | | | | | | | | |
| 105. -First Eagle Fund of America Fund Class C | | | | | | | | | |
| 106. -First Eagle Overseas Fund Class C | | | | | Sold | 08/05/15 | J | A | |
| 107. -SPDR Gold Trust | | | | | Sold | 01/02/15 | J | B | |
| 108. -American Funds American Balanced Fund Cl A | | | | | Sold (part) | 04/05/15 | J | B | |
| 109. -American Funds Income Fund of America Cl A | | | | | | | | | |
| 110. -First Eagle Global Fund Class C | | | | | Sold | 08/05/15 | J | A | |
| 111. Trust #6 | F | Dividend | P1 | T | | | | | |
| 112. -RMA Tax-Free Fund | | | | | | | | | |
| 113. -IShares Russell 2000 ETF | | | | | | | | | |
| 114. -IShares Russell Midcap ETF | | | | | | | | | |
| 115. -American Funds International Growth and Income Class A | | | | | Buy | 12/10/15 | L | | |
| 116. -American Funds New World Fund Cl A | | | | | | | | | |
| 117. -American Funds Amcap Fund Cl A | | | | | | | | | |
| 118. -American Funds Fundamental Investors Fund Cl A | | | | | | | | | |
| 119. -American Funds Growth Fund of America Class A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -First Eagle Fund of America Fund Class C | | | | | Sold | 08/05/15 | K | C | |
| 121. -First Eagle Overseas Fund Class C | | | | | Sold | 08/05/15 | K | A | |
| 122. -First Eagle Gold Fund Class C | | | | | Sold | 08/05/15 | J | | |
| 123. -American Funds American High Income Muni Bond Fund Cl A | | | | | | | | | |
| 124. -American Funds Intermediate Bond Fund of America Cl A | | | | | | | | | |
| 125. -Nuveen Diversidied Commodity Fund | | | | | Sold | 08/05/15 | J | | |
| 126. -Spdr Gold Trust | | | | | Sold | 08/05/15 | K | B | |
| 127. -American Funds American Balanced Fund Cl A | | | | | | | | | |
| 128. -American Funds Income Fund of America Cl A | | | | | | | | | |
| 129. -First Eagle Global Fund Class C | | | | | Sold | 08/05/15 | K | A | |
| 130. -American Funds Capital World Growth & Income Fund Cl A | | | | | Buy | 08/06/15 | K | | |
| 131. | | | | | Sold | 12/10/15 | K | | |
| 132. -American Funds New Perspective Fund Cl A | | | | | Buy | 08/06/15 | K | | |
| 133. | | | | | Sold | 12/10/15 | K | | |
| 134. IRA #6 | F | Int./Div. | P1 | T | | | | | |
| 135. -UBS Bank USA Dep Acct | | | | | | | | | |
| 136. -American Funds New World Fund Cl A | | | | | Sold (part) | 11/13/15 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Rovner, Ilana D. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 11/16/15 | L | D | |
| 138. -American Funds Amcap Fund Cl A | | | | | Sold | 11/13/15 | M | F | |
| 139. -American Funds American Mutual Fund Cl A | | | | | Sold | 11/16/15 | M | F | |
| 140. -American Funds Fundamental Investors Fund Cl A | | | | | Sold | 11/13/15 | N | E | |
| 141. -American Funds Growth Fund of America Class A | | | | | Sold (part) | 11/13/15 | M | | |
| 142. | | | | | Buy (add'l) | 11/16/15 | K | | |
| 143. -American Funds New Perspective Fund Cl A | | | | | Buy (add'l) | 11/16/15 | L | | |
| 144. -American Funds Washington Mutual Investors Fund Cl A | | | | | Sold (part) | 11/16/15 | K | | |
| 145. -American Funds Capital World Growth & Income Fund | | | | | Buy | 08/06/15 | L | | |
| 146. | | | | | Buy (add'l) | 11/13/15 | L | | |
| 147. -American Funds Global Balanced Fund A | | | | | Buy | 11/13/15 | M | | |
| 148. | | | | | Buy (add'l) | 11/16/15 | K | | |
| 149. -American Funds American Balanced Fund Cl A | | | | | Buy | 11/13/15 | M | | |
| 150. -American Funds Income Fund of America Cl A | | | | | Buy | 11/13/15 | M | | |
| 151. | | | | | Buy (add'l) | 11/16/15 | M | | |
| 152. -First Eagle Fund of America Fund Class C | | | | | Sold | 08/05/15 | K | C | |
| 153. -First Eagle Overseas Fund Class C | | | | | Sold | 08/05/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -First Eagle Gold Fund Class C | | | | | Sold | 08/05/15 | J | | |
| 155. -Nuveen Diversified Commodity Fund | | | | | Sold | 01/22/15 | J | | |
| 156. -Spdr Gold Trust | | | | | Sold | 08/05/15 | K | B | |
| 157. -First Eagle Global Fund Class C | | | | | Sold | 01/22/15 | K | B | |
| 158. IRA #7 | F | Int./Div. | P1 | T | | | | | |
| 159. -UBS Bank USA Dep Acct | | | | | | | | | |
| 160. -American Funds New World Fund Cl A | | | | | Sold (part) | 11/13/15 | L | E | |
| 161. | | | | | Sold | 11/16/15 | L | D | |
| 162. -American Funds Amcap Fund Cl A | | | | | Sold | 11/13/15 | M | F | |
| 163. -American Funds American Mutual Fund Cl A | | | | | Sold | 11/16/15 | M | F | |
| 164. -American Funds Fundamental Investors Fund Cl A | | | | | Sold | 11/13/15 | M | E | |
| 165. -American Funds Growth Fund of America Class A | | | | | Sold (part) | 11/13/15 | M | D | |
| 166. -American Funds New Perspective Fund Cl A | | | | | Buy (add'l) | 11/13/15 | L | | |
| 167. | | | | | Sold (part) | 11/16/15 | L | C | |
| 168. -American Funds Washington Mutual Investors Fund Cl A | | | | | | | | | |
| 169. -First Eagle Fund of America Fund Class C | | | | | Sold | 11/18/15 | K | B | |
| 170. -First Eagle Overseas Fund Class C | | | | | Sold | 08/05/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -First Eagle Gold Fund Class C | | | | | Sold | 08/05/15 | J | | |
| 172.  -Nuveen Diversified Commodity Fund | | | | | Sold | 01/22/15 | J | | |
| 173.  -SPDR Gold Trust | | | | | Sold | 08/05/15 | K | B | |
| 174.  -First Eagle Gobal Fund Class C | | | | | Sold | 01/22/15 | K | B | |
| 175.  IRA #4 | E | Int./Div. | O | T | | | | | |
| 176.  -UBS Bank USA Dep Acct | | | | | | | | | |
| 177.  -Guggenheim S &P 500 Equal Weigt EFT | | | | | | | | | |
| 178.  -Ishares Russell 2000 EFT | | | | | Sold (part) | 01/29/15 | J | C | |
| 179.  -Ishares MSCI Emerging Markets EFT | | | | | | | | | |
| 180.  -Spdr S&P Dividend EFT | | | | | | | | | |
| 181.  -Wisdomtree Emerging Markets | | | | | | | | | |
| 182.  -Fidelity Advisor New Insights Fund Class A | | | | | Sold | 01/23/15 | K | D | |
| 183.  -First Eagle Fund of America Fund Class A | | | | | Sold | 08/06/15 | K | D | |
| 184.  -First Eagle Overseas Fund Class A | | | | | Sold | 08/09/15 | K | A | |
| 185.  -IShares Russell Midcap ETF | | | | | Buy | 08/11/15 | K | | |
| 186.  -Teton Westwood Mighty Mites Fund Class AAA | | | | | | | | | |
| 187.  -Invesco Equally-Weighted S&P 500 Fund | | | | | Buy (add'l) | 01/26/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -Vanguard Index Funds Vanguard Totl Stk | | | | | | | | | |
| 189.  -Vanguard Equity Income Fund Admiral | | | | | Buy | 01/29/15 | K | | |
| 190.  -Vanguard FTSE Developed Mkt ETF | | | | | Buy | 08/06/15 | K | | |
| 191.  -Dodge & Cox Stock Fund | | | | | | | | | |
| 192.  -Dodge & Cox Global Stock Fund | | | | | Buy | 01/22/15 | K | | |
| 193.  -Dodge & Cox Balanced Fd Fboid | | | | | Buy | 01/30/15 | K | | |
| 194.  -Powershares FTSE RAFI | | | | | | | | | |
| 195.  IRA #9 | F | Int./Div. | P1 | T | | | | | |
| 196.  -UBS Bank USA Dep Acct | | | | | | | | | |
| 197.  -Ishares Russell 1000 EFT | | | | | | | | | |
| 198.  -Ishares Russell 2000 EFT | | | | | | | | | |
| 199.  -Ishares Russell Midcap EFT | | | | | | | | | |
| 200.  -Wisdomtree Emerging Markets | | | | | Sold | 11/13/15 | K | | |
| 201.  -American Funds Amcap Fund Cl A | | | | | Sold | 11/13/15 | M | G | |
| 202.  -American Funds Smallcap World Fund Cl A | | | | | Sold | 01/22/15 | L | E | |
| 203.  -American Funds American Mutual Fund Cl A | | | | | Buy (add'l) | 02/03/15 | K | | |
| 204. | | | | | Sold (part) | 11/16/15 | M | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -American Funds Euro Pacific Growth Fund | | | | | Buy | 01/22/15 | L | | |
| 206. | | | | | Sold | 11/13/15 | L | | |
| 207. -American Funds Fundamental Investors Fund Cl A | | | | | Sold | 11/13/15 | M | E | |
| 208. -American Funds Growth Fund of America Class A | | | | | Sold (part) | 11/13/15 | K | D | |
| 209. -American Funds New Perspective Fund Cl A | | | | | Sold (part) | 11/13/15 | K | D | |
| 210. -American Funds Washington Mutal Investor Fund | | | | | Sold (part) | 11/13/15 | L | E | |
| 211. -American Funds Global Balanced Fund A | | | | | Buy | 11/13/15 | L | | |
| 212. | | | | | Buy (add'l) | 11/19/15 | K | | |
| 213. -American Funds American Balanced Fund Cl A | | | | | Buy | 11/13/15 | M | | |
| 214. | | | | | Buy (add'l) | 11/16/15 | L | | |
| 215. -American Funds Capital World Growth & Income Fund | | | | | Buy | 11/13/15 | L | | |
| 216. | | | | | Buy (add'l) | 11/13/15 | K | | |
| 217. | | | | | Buy (add'l) | 11/16/15 | L | | |
| 218. -American Funds Income Fund of America | | | | | Buy | 11/13/15 | M | | |
| 219. | | | | | Buy (add'l) | 11/13/15 | K | | |
| 220. -Investors Fund Cl A (Y) - See Note 1 Part VIII. | | | | | | | | | |
| 221. Brokerage #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -Admiral Trsy Money Mkt | | None | J | T | | | | | |
| 223. -Tax-Exempt Money Mkt | | None | J | T | | | | | |
| 224. IRA #10 | B | Dividend | L | T | | | | | |
| 225. -Total Stock Mkt Idx Adm | | | | | | | | | |
| 226. Brokerage #2 (H) | | | | | | | | | |
| 227. -Admiral Trsy Money Mkt | | None | J | T | | | | | |
| 228. -Federal Money Mkt Fund | A | Dividend | J | T | | | | | |
| 229. -Tax-Exempt Money Mkt | | None | J | T | | | | | |
| 230. IRA #11 | E | Dividend | P1 | T | | | | | |
| 231. -Admiral Trsy Money Mkt | | | | | | | | | |
| 232. -Dividend Growth Fund | | | | | | | | | |
| 233. -GNMA Fund Admiral Shares | | | | | | | | | |
| 234. -Inflation-Protect Sec Adm | | | | | | | | | |
| 235. -Precious Metals & Mining | | | | | Distributed | 11/13/15 | K | | To Short-Term Invest-Gr |
| 236. -Prime Money Mkt Fund | | | | | Distributed (part) | 01/23/15 | J | | To Prime PRIMECAP Core Fd |
| 237. | | | | | Distributed (part) | 01/23/15 | J | | To Prime PRIMECAP Investor |
| 238. | | | | | Distributed (part) | 05/29/15 | K | | To Prime PRIMECAP Core Fd |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 18 of 23

Name of Person Reporting

Rovner, Ilana D.

Date of Report

08/04/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Distributed (part) | 05/29/15 | J | | To Prime PRIMECAP Investor |
| 240. -Selected Value Fund | | | | | | | | | |
| 241. -Short-Term Invest Gr Adm | | | | | Open | 11/13/15 | K | | From Precious Metals & Min |
| 242. -STerm Inf Pro Sec Idx Adm | | | | | | | | | |
| 243. -Wellesley Income Fund Adm | | | | | | | | | |
| 244. -Windsor II Fund Adm | | | | | | | | | |
| 245. -Artisan Intl Investor CL | | | | | Buy | 06/03/15 | K | | |
| 246. -FPA Crescent | | | | | Buy | 06/03/15 | K | | |
| 247. -Harbor Intl Investor CL | | | | | Buy | 06/03/15 | K | | |
| 248. -Vanguard Dividend Appreciation ETF | | | | | | | | | |
| 249. -Vanguard High Dividend Yield ETF | | | | | | | | | |
| 250. -Vanguard Total Intl Stock Index Fund EFT | | | | | Buy | 06/05/15 | K | | |
| 251. -PRIMECAP Core Fund | | | | | Open | 01/23/15 | J | | From Prime Money Mkt Fund |
| 252. | | | | | Open | 05/29/15 | J | | From Prime Money Mkt Fund |
| 253. -PRIMECAP Fund Investor | | | | | Open | 01/23/15 | K | | From Prime Money Mkt Fund |
| 254. | | | | | Open | 05/29/15 | J | | From Prime Money Mkt Fund |
| 255. Brokerage #3 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -United Finl Bancorp Inc Md Com | A | Dividend | J | T | | | | | |
| 257. -MFS Utilities Class A | B | Dividend | J | T | | | | | |
| 258. -Fidelity Mass Muni Money Market | | None | J | T | | | | | |
| 259. IRA #12 | E | Int./Div. | N | T | | | | | |
| 260. -Vanguard Appreciation Div Index Fd Viper SHS | | | | | | | | | |
| 261. - Vanguard Consumer Staples Vipers | | | | | | | | | |
| 262. -Vanguard Utils Vipers | | | | | | | | | |
| 263. -Oppenheimers Steel Path MLP Income Cl Y | | | | | | | | | |
| 264. -Fidelity Government Money Market | | | | | | | | | |
| 265. IRA #13 | D | Int./Div. | O | T | | | | | |
| 266. | G | Distribution | | | | | | | |
| 267. -Berkshire Hathaway Inc Del Cl B | | | | | | | | | |
| 268. -BHP Billiton Limited ADR Each Rep 2 Ord | | | | | Distributed | 05/29/15 | J | D | |
| 269. -South32 LTD Spon ADR EA Repr 5 ORD | | | | | Open | 05/29/15 | K | | Spin-off from BHP Billiton |
| 270. -Blackrock Res & Comm Strat Tr | | | | | Sold | 01/28/15 | J | | |
| 271. -CEF DWS RREEF Real Estate Fund II | | | | | Redeemed | 02/23/15 | J | | |
| 272. -IShares Silver Tr Ishares | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. -IShares MSCI Canada ETF | | | | | Sold | 01/28/15 | J | A | |
| 274. -Ishares Russell Midcap | | | | | Sold (part) | 12/28/15 | K | E | |
| 275. -Ishares Core S&P Small Cap EFT | | | | | | | | | |
| 276. -Ishares Global Materials ETF | | | | | Sold | 06/02/15 | J | | |
| 277. -Powershares QQQ Tr Unit Ser | | | | | | | | | |
| 278. -Procter & Gamble Co | | | | | Sold | 01/28/15 | J | F | |
| 279. -SPDR Gold Tr Gold SHS | | | | | | | | | |
| 280. -Sprtn Total Mkt Indx Fid Advantage Class | | | | | Sold (part) | 12/23/15 | K | E | |
| 281. -Fidelity Contrafund | | | | | Sold (part) | 01/26/15 | K | D | |
| 282. | | | | | Sold (part) | 12/23/15 | K | E | |
| 283. -Fidelity Low Priced Stock | | | | | Sold (part) | 01/26/15 | L | D | |
| 284. | | | | | Sold (part) | 12/23/15 | K | E | |
| 285. -Manning & Napier World Oppt Ser Cl A | | | | | Buy (add'l) | 03/12/15 | K | | |
| 286. | | | | | Sold | 05/29/15 | L | E | |
| 287. -Fidelity Floating Rate High Income | | | | | Sold (part) | 12/23/15 | J | | |
| 288. -Fidelity Government Income | | | | | | | | | |
| 289. -Pimco All Asset All Authority Cl D | | | | | Sold | 05/29/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/04/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. -Pimco All Asset Fund Class D | | | | | Sold (part) | 12/23/15 | K | A | |
| 291. -Fidelity Treasury Only Money Market Fd | | | | | | | | | |
| 292. -Fidelity Govt Cash Reserves | | | | | | | | | |
| 293. Bank Account #1 - Bank of America | A | Int./Div. | M | T | | | | | |
| 294. President & Fellows of Harvard - Trusts & Gifts Department | B | Distribution | J | T | | | | | |
| 295. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 08/04/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Note 1:

Line 220 - Prior year disposal where description was not deleted in error.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ilana D. Rovner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544